**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CRIMINAL NO. 21-mj-586 |
| | * | |
| FELIX VERDEJO SANCHEZ, | * | |
| Defendant. | * | |
| _____ | * | |

**MOTION TO RESTRICT**

TO THE HONORABLE AIDA M. DELGADO COLON,
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

**COMES NOW** defendant FELIX VERDEJO SANCHEZ through the

undersigned attorney, and very respectfully states and prays:

The filing made with this motion is restricted selected parties due to the

confidentiality of the issues discussed therein.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 5th day of May 2021.

*S/Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
TEL. (787) 413-7771

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this MOTION was filed through the CM/ECF system and served on all designated parties.

In San Juan, Puerto Rico this 5th day of May 2021.

*S/ Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
lmr7771@aol.com
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
T. 787-413-7771